# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 27, 2020

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

159960 & (14)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

ALLEN DEAN ARMSTRONG,
      Defendant-Appellant.

SC: 159960
COA: 347837
Oakland CC: 2009-227395-FC

_____/

On order of the Court, the motion to add a new issue is GRANTED. The application for leave to appeal the June 27, 2019 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 27, 2020



s0323

Clerk